IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              Chapter 13

Nancy I. Ruelas                                     No.   11-04247

       Debtor                                   Hon.  A. Benjamin Goldgar

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on January 31, 2014, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

          /s/ Meredith S. Fox

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on John M Holowach and Ronald R. Peterson l on January 31, 2014.

          /s/ Meredith S. Fox

Meredith S. Fox - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Nancy I. Ruelas
5121 W. Diversey, Apt 1n
Chicago, IL 60639

Ronald R. Peterson
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

Marilyn O. Marshall
224 S. Michigan Ave.
Ste. 800
Chicago, IL 60604

John M. Holowach
The Law Office of John M. Holowach
225 W. Washington, Suite 2200
Chicago, IL 60606